IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ALBERT HODGES,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**J. SEIBERT,**<br><br>                              Defendant. | 2:20-cv-00896-JAM-CKD<br><br>**ORDER** |

   The Court, having considered Defendant's request for an extension of time to return signed waivers of service, and good cause having been found:

   **IT IS ORDERED** that the request for an extension of time is granted, and the deadline for filing a waiver of service is extended by twenty-one days.  Defendant Seibert has up to and including December 7, 2020, to return a signed service waiver.

Dated:  November 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1