this letter is for the
magistrate Judge in
charge of my complaint

In the United States District Court

For the Eastern District of California

Sacramento Division

Case No. 2:20-cv-00896-JAM-CKD

James Albert Hodges
        Plaintiff

v.

        Defendant

J. Seibert

**FILED**

JUL 06 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

⟩ Attention magistrate Judge

Whomever has, and in charge of my complaint
this letter is for you. in the last 4 months I have
been going through A challenging time emotionally, physically,
mentally. I am sick under weight and on ensure, Boast, Shakes
all my Blood work, labs say I am good but something is wrong Anyway
I was suppose to have A settlement April 15th, 2021
but missed it due to going out to court at the
San Joaquin county jail. and so it wasn't cancelled
+ re-scheduled it was sent right for discovery.
I received the order and civil-procedures for Eastern
District while still in county jail May 18th while in jail
I was + beaten by sheriff. I sent you
have enclosed the scarse hospital Record of data. I suffered
A concussion which compounded on the trauma-
Anoxic brain injury from September 6th 2018 which result
of this Lawsuit Hodges V. Seibert

next page

the head trauma may 18th has left me often dizzy, forgetful
and sleepless some of which was there Already from
hanging   now it's worser.
reason why I am writing is For Several Reasons
#1 last week I wrote the deputy Attorny General
Joanne chen Seeking A compassionate settlement for
$13-000 and Asked you to get Athr. Listen
I Just 3 days Ago receive my property. and went over
the Factors of my Lawsuit and it's waaay more
then $13,000 to I would be cheated myself out of
A Fair settlement. After my re-view of my strong
and weak Factors, which the over All Facts wins,
and with All exibits Already Submitted and the Liveihood
Likeihood of me winning Summary Judgment or trial
is highly in my Favor. AS Always please re-view
my exibits - evidence complaint and All Factors of
defendant's         strong or weak Factors in it's
entirety and I Don't have the Eastern District
civil procedre— Rules of Anything, Send                while on Joaquin county Jail       Sheriff threw
Away All my Staff And         since I Been Back
here in prison I haven't receive no Mail from
the Eastern District or Attorney General office
of Date June 26, 2021 So #2 re-send the civil-
procedure Rules For Eastern District #3 x Also sent you
All interrogators I sent Defendant. Once you Analize it
in this entirety Along with the Above those interrogators
Are Soo Strong it's clear defendant will be force

Civil procedure
Rule of
Eastern
District
famil

into Admitting interrogators, that he is responsible For my Attempt as well as violating my 8th Amendment. Read ~~I have said~~ Defendant's Answer to plaintiff complaint Demanding jury trial in motion defendant deny's All responsibility ~~to~~ but the truth will ~~reveal~~ the proval. the reason if defendant's Attorney is willing to skip over discovery And trial and Settle ~~for~~ I am now Asking For $70.000 settlement damages based on All Factors that I have Already Proven my Lawsuit win, For if I file For Summary Judgment I will Seek/demand $200.000. Your honor you truly know ~~not~~ the defendant don't have A defense which the only defense is denail.

my Anplic brain injury and All ~~the~~ other injuries is worth $200.000  nightmares p.t.s.d migraines blurry vision, loss of sight short term memory

~~⬤⬤⬤⬤⬤~~

I have thrown SOO many numbers At defendants Attorney, No response even ask you ~~to step~~ step in and NOW I ASK For the Final time ~~you~~ step in and reach out to defendants Attorney ~~and~~ lets settle this Lawsuit why ~~waste~~ waste time ~~of~~ the courts when I know, you know, they know I am the winning party.

My health, mentally physically has been in question for some time now. I don't want to die without getting Justice, it's something going on internally with me even on Ensure, Boost Shakes I am still losing weight so that's why I am calling for a compassionate Settlement and more so Compassion for what I endured September 5th 2018. when the person responsible for my healthy life, and safety put me in a Life threaten Situation that has and will Affect me the rest of my Life.

Yesh I said $13,000 because if I die that will cover burial cost. but if I Live and the medical here find the reason for my health issues and when I act out of prison the end of next year $13,000 won't be enough for All my necessities like Shelter, clothes, Apartment rent for 6 months awaiting for Approval disability for the 6 months I would be Awaiting disability yes it will be next to impossible to find a job that don't require the full use of Alert Functional brain because I am damaged and so I seek damage of $200,000 but willing to settle & find v. offer for 70,000 and that dollar I will Not Change which I have done so often tell defendant Attorney 70,000 Settlement I Beg you for Justice

note if defendant has filed ANY motion & I have not received them so put a stay - hold until I received them because I Left
San Joaquin County Jail June 8th to Saling Valley prison
June 15th to Cove COE CME
so Awaiting Any court proceedings to Catchup with me

Sincerely
James Albert Hodges
6-26-2021

these Are the interrogatories Sent to J. Seibert

Interrogatory No. 1 please describe with Specific detail the nature extent, powers and duties of your employment with the California State prison Sacramento At the time of September 5th 2018.?

interrogatory No. 2, please describe with Specific detail Your responsibilities As to intervention, OR and stopping suicide Attempts?

Interrogatory No 3 please describe with specific detail the protocol for inmates suicide Attempts by hanging?

interrogatory No. 4 please Answer interrogatory No. 4 (without being Vague) meaning be clear and direct with Specific detail when A Correctional officer is First Aware OR, and witnesses A Active Suicide Attempt in progress what is that correctional officer's duties meaning what is he OR She suppose to do right than and there, meaning what Actions Are to be made?

interrogatory no. 5 where you defendant Seibert present and working in B-yard psu B-7 the night of September 5th 2018?

interrogatory No. 6 was inmate plaintiff Hodges in B-7 Rotunda holding cage?

interrogatory No. 7 why was plaintiff in holding cage?

**StraightForward**

interrogatory/No. 8 was plaintiff in waist and leg iron shackles?

interrogatory/No. 9 please Answer interrogatory No. 9 with straight forward ~~yes~~ Answer was plaintiff place in your care while Awaiting crisis bed Admission, this only require Yes, no?

interrogatory/No. 10 At the exact, moment plaintiff began to slip out of his handcuffs where you doing the 114 A detention inmate welfare check log meaning was plaintiff in your care, responsibility, please Answer straightforward without being vague be direct and be specific?

interrogatory/No. 11 Please be direct and specific ~~did~~ plaintiff Say Anything to you As, to Alert your ~~~~ to him meaning did he say Anything to you Attention to direct your Attention to him Again be Specific, direct, ~~straight Forward~~ Answer did Plaintiff "Say" OR "Do Anything" to direct your Attention to plaintiff in the holding cage be Don't be vague. Be clear, be direct?

interrogatory/No. 12 please be specific, with direct detail when Answering interrogatory No. 12. plaintiff's words ~~did they~~ Alert ~~~~ you that he was About to engage in Some Action ~~~~ of Sorts Answer interrogatory No. 12 is only require ~~~~ ~~Stay Away From Answer because its~~ Clear ~~~~ ~~of Question~~ A Yes oR no

interrogatory No.13 please describe with specific detail
and while being clear, direct straightforward did plaintiff
slip out of his handcuffs and started commiting the Act
of Attempting to commit the Act of suicide Suicide by
hanging in front of you defendant J. Seibert?
For this interrogatory No.13 only requires yes or no
Answer, be don't be vague?

interrogatory No.14 please be specific and direct with detail
without being vague How were you seibert made
Aware of plaintiff's Suicide Attempt?

interrogatory, No.15 please describe with specific
detail without being vague what did you do if Anything
to intervene or, and Stop plaintiff Hodges from
Attempting Suicide by hanging, please be Straightforward
Again use specific detail in describing your Actions/Role

interrogatory No.16 please describe with specific
detail Answering while plaintiff was Attempting
to commit suicide by hanging who's responsibility was it
to Stop him from Attempting to hang himself
Again without being vague or shying Away from
Answer provide whom was responsible

Interrogatory No. 20 please be truthful and direct &
straightforward without being vague (isn't it true) that
when A inmate is Attempting Suicide by hanging, or
cutting the use of pepper spray is warranted to
stop inmates Attempt to take his, or her Life,
this is A yes or no interrogatory

Interrogatory No. 21 please be truthful, direct and
straightforward why didn't you pepper spray plaintiff
to stop him from committing suicide please be specific
with detail NO Vagueness

Interrogatory No. 22 defendant Seibert (did you in
watch plaintiff hang himself) please be truthful
direct without being vague because this interrogatory
only requires A yes or No Answer.

Interrogatory No. 23 defendant Seibert please be truthful
direct without being vague or shy away did you place
plaintiff in A       Death Situation if
the Answer is no please explain.

Interrogatory No. 24 please describe with direct detail
and be specific without being Vague why you believe
(you didn't watch, Allow enable) plaintiff to hang himself
or and place him in A Life threatening situation
or for that matter violate his 8th Amendment right
to be free from deliberate indifference, or cruel, unusual punishment?

1. Interrogatory No. 17 please describe with direct specific
2. detail did you defendant seibert press your
3. emergency A        to summons the medical to A
4. emergency situation as to plaintiff suicide Attempt
5. (if the Answer is (no) please explan without being
6. vague      wiy didn't you you
7.
8. interrogatory No. 18 please be directy specific and
9. staightforward did plaintiff Attempt suicide by hanging
10. on your watch defendant seibert      yes or no?
11.
12. interrogatory No. 19 please be direct and specific
13. without being vague did plaintiff plaintiff receive
14. urgent-emergency care before or After suicide Attempt
15. meaning          was urgent-emergency care
16. delayed, stalled, or interferred by you, defendant seibert
17. while getting the cutt down kit.
18.
19. interrogatory No. 20 please be direct and specific and
20. truthful without being vague isn't true that if your
21. Actions would been in line with polices protocol
22. protocol of immediatly pressing the emergency A
23. of summoning               plaintiff wouldn't
24. wouldn't suffered severe the Anoxic      brain
25. injury      and because he wouldn't been Able to hang
26. himself      this is A yes or no a question dont
27. answer interrogatory No. 20 please be direct and
28. truthful don't be vague isnt it true that the use
of o/c pepper spray is warranted in situations where
inmate is Attempting suicide by cutting or hanging
and it is inline with the trainning you received in
suicide intervents to stop I prevent inmates
suicides Attempts