UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES, | No. 2:20-cv-00896-JAM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. SEIBERT, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 29, 2021, plaintiff filed a letter explaining that he had to wait two weeks to receive his legal property due to a prison transfer beyond his control. As a result, plaintiff was delayed sending out his discovery requests to defendant.

     The court liberally construes plaintiff's letter as a motion to modify the discovery and scheduling order entered in this case on April 7, 2021. The court will order defendant to file a response to the motion within 21 days. Plaintiff may file a reply within 14 days from the date of service of defendant's response. The motion will be deemed submitted on the papers after the receipt of the parties' briefs or the expiration of the deadline for filing them.

     Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to plaintiff's motion to modify the discovery and scheduling order within 21 days from the date of this order.

1

2. Plaintiff may file a reply within 14 days from the date of service of defendant's response.

Dated: September 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hodg0896.modifyDSO.docx