ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
 Telephone: (916) 210-7317
 Facsimile: (916) 324-5205
 E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendant Seibert*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ALBERT HODGES**,<br><br>Plaintiff,<br><br>v.<br><br>**SEIBERT**,<br><br>Defendant. | Case No. 2:20-cv-00896-JAM-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge:       Hon. Carolyn K. Delaney<br>Trial Date:   Not Set<br>Action Filed: May 1, 2020 |

1

Stip. Voluntary Dismissal [FRCP 41(a)(1)(A)(ii)] (Case No. 2:20-cv-00896-JAM-CKD)

Plaintiff James Albert Hodges and Defendant Seibert have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorneys' fees.

It is so stipulated.

Dated: 12-22-21

James Albert Hodges, CDCR No. V-41134
Plaintiff *Pro Se*

Dated: December 27, 2021

Christian M. Georgely
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendant Seibert*

SA2020304271
35684053

2

Stip. Voluntary Dismissal [FRCP 41(a)(1)(A)(ii)] (Case No. 2:20-cv-00896-JAM-CKD)

# CERTIFICATE OF SERVICE

Case Name:   *Hodges  v. Seibert*              No.   **2:20-cv-00896-JAM-CKD**

I hereby certify that on December 29, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(l)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On December 29, 2021, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

James A. Hodges, CDCR #V-41134
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000
    *In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 29, 2021, at Sacramento, California.

|  |  |
|---|---|
| Francina M. Stevenson | */s/ F. Stevenson* |
| Declarant | Signature |

SA2020304271
35782584.docx